**FILED**

**DEC 1 1 2024**

**CLERK U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:24-cr-172 |
| v. | INDICTMENT |
| DANIEL KASHGEN HELLMERS, TIMOTHY JASON HELLMERS, and JACOB ROBERT STEINIGER, | T. 18 U.S.C. § 2<br>T. 18 U.S.C. § 371<br>T. 26 U.S.C. § 5841<br>T. 26 U.S.C. § 5845(f) |
| Defendants. | T. 26 U.S.C. § 5861(d)<br>T. 26 U.S.C. § 5861(f)<br>T. 26 U.S.C. § 5871 |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Conspiracy)**

From a date unknown, but by as early as October 11, 2024, and continuing until October 15, 2024, in the Southern District of Iowa, the defendants, DANIEL KASHGEN HELLMERS, TIMOTHY JASON HELLMERS, and JACOB ROBERT STEINIGER, knowingly and intentionally conspired, with each other and with other persons known and unknown to the Grand Jury, to commit an offense against the United States, namely, making a destructive device, in violation of Title 26, United States Code, Sections 5841, 5845(f), 5861(f), and 5871, and possessing a destructive device not registered in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5845(f), 5861(d), and 5871. The objectives of this conspiracy were to make and possess a destructive device, namely an explosive bomb, for detonation.

1

## OVERT ACTS

In order to affect the purposes and objects of the conspiracy, and in furtherance of the conspiracy, the defendants, DANIEL KASHGEN HELLMERS, TIMOTHY JASON HELLMERS, and JACOB ROBERT STEINIGER, committed, caused to be committed, and aided and abetted the commission of one or more of the following overt acts in the Southern District of Iowa:

1. From a date unknown, but by as early as October 11, 2024, and continuing until October 15, 2024, DANIEL KASHGEN HELLMERS, TIMOTHY JASON HELLMERS, and JACOB ROBERT STEINIGER, made a destructive device, as alleged in Count 2 of this Indictment;

2. From a date unknown, but by as early as October 11, 2024, and continuing until October 15, 2024, JACOB ROBERT STEINIGER, possessed a destructive device, as alleged in Count 3 of this Indictment, and provided a drill, explosive material, and a fuse to make the destructive device; and

3. On October 15, 2024, DANIEL KASHGEN HELLMERS and TIMOTHY JASON HELLMERS, possessed a destructive device, as alleged in Count 4 of this Indictment, and denotated, and attempted to denotate the destructive device.

This is a violation of Title 18, United States Code, Sections 371 and 2.

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 2**</u>
**(Making an Unregistered Destructive Device)**

From a date unknown, but by as early as October 11, 2024, and continuing until October 15, 2024, in the Southern District of Iowa, the defendants, DANIEL KASHGEN HELLMERS, TIMOTHY JASON HELLMERS, and JACOB ROBERT STEINIGER, aiding and abetting each other, knowingly made a destructive device, as that term is defined in Title 26, United States Code, Section 5845(f), namely, an explosive bomb, in violation of the National Firearms Act, and not registered in the National Firearms Registration and Transfer Record.

This is a violation of Title 26, United States Code, Sections 5841, 5861(f), and 5871, and Title 18, United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 3**
**(Possession of an Unregistered Destructive Device)**

From a date unknown, but by as early as October 11, 2024, and continuing until October 15, 2024, in the Southern District of Iowa, the defendant, JACOB ROBERT STEINIGER, aiding and abetting another, knowingly possessed a destructive device, as that term is defined in Title 26, United States Code, Section 5845(a), namely, an explosive bomb, in violation of the National Firearms Act, and not registered in the National Firearms Registration and Transfer Record.

This is a violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871, and Title 18, United States Code, Section 2.

THE GRAND JURY FURTHER CHARGES:

## COUNT 4
### (Possession of an Unregistered Destructive Device)

On or about October 15, 2024, in the Southern District of Iowa, the defendants, DANIEL KASHGEN HELLMERS and TIMOTHY JASON HELLMERS, aiding and abetting each other, knowingly possessed a destructive device, as that term is defined in Title 26, United States Code, Section 5845(a), namely, an explosive bomb, in violation of the National Firearms Act, and not registered in the National Firearms Registration and Transfer Record.

This is a violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871, and Title 18, United States Code, Section 2.

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _MacKenzie Tubbs_ (signature)
MacKenzie Benson Tubbs
Assistant United States Attorney