# United States District Court for the Southern District of Iowa

Presiding: Honorable Helen C. Adams, U.S. Magistrate Judge
Criminal No. 4:24-cr-00172-RGE-WPK : Clerk's Court Minutes – Initial Appearance/Arraignment

United States of America vs. Jacob Robert Steiniger

Gov. Atty(s): Andrew H. Kahl : ☑ Indictment ☐ Superseding Indictment ☐ Information
Def. Atty(s): Peter Joseph Ickes : ☐ Complaint ☐ Warrant ☐ Summons
Def. Appears: ☑ In Person ☐ Video Conference : Code Violation/Offense:
☐ All Parties Consent to Video Proceeding : Ct 1 - 18:371 Conspiracy
Court Reporter: FTR Gold : Ct 2 - 26:5841, 5861(f), 5871 Making an Unregistered
Interpreter: N/A : Destructive Device
☐ Interpreter Sworn      Ct 3 - 26:5841, 5861(d), 5871 Possession of an Unregistered
Date: January 10, 2025      Destructive Device

Initial Appearance Start Time: 1:52 p.m.   Arraignment Start Time: 1:54 p.m.   End Time: 2:02 p.m.

## Initial Appearance

☑ Advised of Rights : ☑ Appointed/Previously Appointed FPD
☐ Advised of Consular Notification Rights : ☐ Appointed/Previously Appointed CJA Counsel
Requesting Consular Notification ☐ Yes ☐ No : ☐ Retained Counsel
☑ Rule 5 Admonition Given :

## Arraignment

Trial Scheduled for: March 3, 2025 : ☑ Advised of Charges/Maximum Penalties
Rule 16 Material due: January 17, 2025 : ☑ Indicted in True Name
Reciprocal Discovery due: January 27, 2025 :    True Name:
Pretrial Motions due: February 10, 2025 : ☑ Reading of Indictment Waived
Plea Notification Deadline: February 14, 2025 :    Plea of Not Guilty Accepted as to Ct(s): 1, 2 & 3
Plea Entry Deadline: February 18, 2025 : ☐ Denied Forfeiture
Status/Scheduling Conference (Counsel Only):    ☐ Defendant advised that failure to enter a plea by deadline
February 12, 2025 at 9:00 a.m. before the Honorable William P. Kelly :     may negatively impact consideration and finding regarding
Counsel shall call 833-990-9400, Guest ID 667-254-134, Guest PIN/Code 6500 (WPK)    reduction in offense level based upon Acceptance of
    Responsibility pursuant to USSG.

## Custody Status

☐ Government Moved for Detention :
☐ Defendant Waived Preliminary Examination : Detention Hearing Set:
☐ Defendant Waived Detention Hearing : Before:
Court Ordered Defendant: : Courthouse:       Room:
☑ Released on Bond : Revocation Hearing Set:
☐ Detained : Before:
  Courthouse:       Room:

Government does not move for detention. Court reviews conditions is open court and orders the defendant released on conditions.

/s/ K. Platt
Deputy Clerk