**United States District Court for the Southern District of Iowa**

Presiding: Honorable William P. Kelly, U.S. Magistrate Judge
Criminal No. 4:24-cr-00172-RGE-WPK-3     :     Clerk's Court Minutes – Plea

___

| | |
|---|---|
| United States of America | Gov. Atty(s): MacKenzie Benson Tubbs |
| vs. | Def. Atty(s): Peter Joseph Ickes |
| | Court Reporter: Brenda Fauber |
| Jacob Robert Steiniger | Interpreter: N/A |

___

Date: February 18, 2025
Time Start: 3:03 p.m.
Time End: 3:29 p.m.

✔ Indictment    ☐ Superseding Indictment    ☐ Information
In 3 Count(s) – Code Violation:

Ct 2 - 26:5841, 5861(f), 5871 Making an Unregistered Destructive Device

☐ Certified/Language Skilled interpreter sworn
✔ Consent to magistrate accepted
✔ Defendant sworn
✔ Defendant advised of potential perjury charges
✔ Plea agreement filed/to be filed
  ✔ Defendant understands
  ✔ Defendant agrees
  ☐ There is no plea agreement to file
✔ Defendant advised of nature of charges
✔ Defendant advised of elements
✔ Defendant satisfied with attorney
✔ Defendant advised of penalties
  ✔ Maximum fine/incarceration
  ☐ Mandatory minimum fine/incarceration
  ✔ Forfeiture/restitution
  ✔ Supervised release
    ✔ Maximum
    ☐ Mandatory minimum
  ✔ Mandatory Special Assessment
✔ No promises made regarding sentence
✔ Defendant advised of sentencing guidelines
✔ Defendant waives rights to jury trial
✔ Defendant advised of right to persist in not guilty plea

Defendant plea of guilty to Count(s): 2
Court findings:
✔ Factual basis ✔ Voluntariness ✔ Competency to Plea
✔ Court will file a Report and Recommendation that the defendant's plea be accepted as of the date of this hearing
✔ Counsel informed they have 14 days to file any objection to Report and Recommendation
☐ Court accepts plea
☐ Court rejects plea
Offense Conduct Statement due: To be set by further order
PSR to be disclosed to counsel: To be set by further order
Objections to PSR due: To be set by further order
Applicability of advisory guideline to the Court due: 10 days before sentencing
Sentencing date: July 1, 2025 at 9:30 a.m.
  Before: The Honorable Rebecca Goodgame Ebinger
  In: Des Moines Courthouse   Rm: 160
Custody status:
  ☐ Detention
  ✔ Bond

___

Additional Information:

Defendant to remain released on previously imposed conditions of release.

/s/ K. Platt
Deputy Clerk