IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:24-cr-172-1 |
| v. | STIPULATION AS TO DESTRUCTION OF FIREARM AND AMMUNITION |
| DANIEL KASHGEN HELLMERS, | |
| Defendant. | |

The United States of America and Daniel Kashgen Hellmers (hereinafter "Defendant") hereby stipulate as follows:

1. On December 11, 2024, Defendant was charged by Indictment in the above-entitled case with Count 1 (conspiracy to make a destructive device and possess an unregistered destructive device), and Counts 2 and 4 (making an unregistered destructive device).

2. On January 29, 2025, pursuant to a Plea Agreement, Defendant pled guilty to Count 4 of the Indictment. ECF No. 62.

3. The parties stipulate that on October 16, 2024, law enforcement executed a search warrant at Defendant's residence, and found a **loaded Amadeo Rossi, Model M971, .357 caliber revolver (SN: F105548)** and **ammunition** in his bedroom, inside a black backpack at the foot of the bed.

4. Defendant and the United States agree that Defendant at all times relevant to these proceedings he has been and is unable to legally possess a firearm and ammunition.

1

5.  Defendant represents he is not aware of any other person who might have a claim to own the Amadeo Rossi, Model M971, .357 caliber revolver (SN: F105548) and ammunition.

6.  Defendant agrees that the government need not expend the resources to formally forfeit the seized firearm and ammunition, and hereby consents to its destruction by law enforcement at the conclusion of this case, at a time and place of the Government's discretion when the Government concludes the firearm and ammunition no longer have evidentiary value to federal, state, or local law enforcement.

7.  The United States agrees that it will not use this Stipulation as evidence against Defendant in any criminal matter, though it retains the right to use any other evidence about the seizure of the firearm and ammunition as it considers necessary in any future civil, criminal, or administrative matters.

8.  Defendant hereby knowingly and voluntarily waives his rights, if any, to the return of the seized firearm and ammunition involved in this Stipulation, for any reason, in any judicial or non-judicial proceeding or otherwise. Defendant hereby waives all challenges to the destruction of the firearm and ammunition carried out in accordance with this Stipulation. Additionally, he voluntarily waives all constitutional, legal, procedural, equitable and any other claims arising out of, and/or defenses to the seizure and destruction of this firearm and ammunition in any judicial or non-judicial proceeding. Defendant agrees not to contest or assist anyone else in contesting the destruction of the firearms and ammunition on any other ground.

Defendant waives the requirements of any and all applicable procedures that might afford him specific rights and remedies related to the seizure of the firearm and ammunition and their destruction, including, but not limited to, the Constitution of the United States, the United States Code, and federal policies, rules, and regulations.

9. Defendant hereby agrees to unconditionally release and hold harmless the United States of America and state and local law enforcement agencies working on the investigation in this case, and their officers, employees and agents, from any and all claims, demands, damages, cause of actions or suits, of whatever kind and description, and wheresoever situated, that might now exist or hereafter exist by reason of or growing out of or affecting, directly or indirectly, the seizure and destruction of the above described firearms and ammunition.

10. This is the entire agreement between the parties. Any modifications to this agreement must be <u>in writing</u> and signed by all parties. Defendant has consulted with his attorney about this agreement, and his potential rights, and knowingly and voluntarily enters into this Stipulation after full and careful consideration of the facts, the circumstances of the case, and his rights, having had the effective assistance of counsel.

11. <u>Defendant</u>. I have read all of this Stipulation and have discussed it with my attorney. I fully understand the Stipulation and accept and agree to it without reservation. I do this voluntarily and of my own free will. No promises have been made to me other than the promises in this Stipulation. I have not been

threatened in any way to get me to enter into this Stipulation. I am satisfied with the services of my attorney with regard to this Stipulation and other matters associated with these cases. I am entering into this Stipulation because I agree to the destruction of the firearm and ammunition set forth above to resolve this matter. I know that I may ask my attorney any questions about this Stipulation, and about the rights that I am giving up.

3-14-25
Date

Daniel Kashgen Hellmers
Defendant

12. <u>Defendant's Attorney</u>.   I have read this Stipulation and have discussed it in its entirety with my client. There is no agreement other than the agreement set forth in this writing. My client fully understands this Stipulation. I am satisfied my client is capable of entering into this Stipulation, and does so voluntarily of Defendant's own free will, with full knowledge of Defendant's legal rights, and without any coercion or compulsion. I concur with my client entering into this Stipulation.

3/14/25
Date

Paul Statler
Defendant's Attorney

3/17/2025
Date

MacKenzie Tubbs
Assistant United States Attorney

4